KALMAN FLOOR COMPANY, INC., A DELAWARE CORPORATION, PLAINTIFF-APPELLANT, v. JOS. L. MUSCARELLE, INC., A NEW JERSEY CORPORATION, DEFENDANT-RESPONDENT AND THIRD-PARTY PLAINTIFF, v. WAKEFERN FOOD CORP., THIRD-PARTY DEFENDANT.

KALMAN FLOOR COMPANY, INC., A DELAWARE CORPORATION, PLAINTIFF-APPELLANT, v. AMERICAN ARBITRATION ASSOCIATION, JOS. L. MUSCARELLE, INC., A NEW JERSEY CORPORATION, GEORGE H. FRIEDMAN AND CAROL MOFFATT, DEFENDANTS-RESPONDENTS.

Argued January 7, 1985—Decided January 31, 1985.

*Merritt T. Viscardi* argued the cause for appellant (*Apruzzese & McDermott, Mastro & Murphy,* attorneys).

*Gerald W. Conway* argued the cause for respondent Jos. L. Muscarelle, Inc. (*Conway & Reiseman* and *Shannon Z. Taylor,* attorneys).

*Robert M. Schwartz* argued the cause for respondents American Arbitration Association, George H. Friedman and Carol Moffatt (*Amdur & Friedrich,* attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in the opinion of the Appellate Division, reported at 196 *N.J.Super.* 16 (1984).

*For affirmance*—Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN and GARIBALDI—6.

*For reversal*—None.